NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THERESE C. BORJA<br>        Plaintiff,<br><br>        vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant | Case No. 2:20-cv-00670-BNW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE CROSS-MOTION TO AFFIRM AND/OR RESPOND TO PLAINITFF'S MOTION FOR REMAND.**<br>**(First Request)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Remand be extended from February 1, 2021 to February 15, 2021.  This is Defendant's first request for extension.  Good cause exists to grant Defendant's request for extension.  Despite diligent attempts to finalize Defendant's response, Counsel for Defendant (Counsel) is having a severe migraine which affects her vision on the date of the filing deadline.  In addition, Counsel has over  100+ active social security matters, in various stages of litigation and 9 dispositive motions due this month.  Due to unexpected illness and leave, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion

for Remand.  The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly. Defendant makes this request in good faith with no intention to unduly delay the

proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably

practicable following her leave.

      Respectfully submitted,

                                              Respectfully submitted,

Dated: February 1, 2021            /s/  Marc Kalagian
                                           (*as authorized by email on February 1, 2021)
                                         MARC KALAGIAN
                                         Attorney for Plaintiff

Dated:  February 1, 2021           NICHOLAS A. TRUTANICH
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                    By     /s/  Tina L. Naicker
                                         TINA L. NAICKER
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

                                         **ORDER**

APPROVED AND SO ORDERED:

DATED:   2/8/2021
                                         THE HONORABLE BRENDA WEKSLER
                                         UNITED STATES MAGISTRATE JUDGE